UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>$247,685.00 IN U.S. CURRENCY,<br><br>　　　　Defendant.<br><br>YISAN SO,<br><br>　　　　Claimant. | NO.　CV 18-4278-R (MRWx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

Plaintiff and claimant Yisan So have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES**:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Yisan So has filed a claim and has answered the complaint. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant currency. Any potential claimants to the defendant currency other than Yisan So are deemed to have admitted the allegations of the complaint with respect to the defendant currency.

2. $200,000.00 in U.S. currency shall be returned to Claimant within 45 days of the entry of this judgment or Claimant's providing the government with the bank information and personal identifiers necessary to facilitate such payment under federal law, whichever is later; and

3. $47,685.00 in U.S. currency shall be forfeited to the United States, and no other right, title, or interest shall exist therein.

4. Yisan So has agreed to release the United States of America, its agencies, agents, and officers, including employees

1. and agents of the Drug Enforcement Administration, from any and
2. all claims, actions or liabilities arising out of or related to
3. this action, including, without limitation, any claim for
4. attorneys' fees, costs or interest which may be asserted on
5. behalf of Yisan So against the United States, whether pursuant
6. to 28 U.S.C. § 2465 or otherwise. Yisan So has also waived any
7. rights he may have to seek remission or mitigation of the
8. forfeiture. Nothing in this Consent Judgment is intended as,
9. nor should anything in this Consent Judgment be interpreted as
10. an admission by Yisan So of any liability or wrongdoing.
11. //

5. The court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: March 13, 2019

THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Prepared by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Jonathan Galatzan
JONATHAN GALATZAN

Assistant United States Attorney
Asset Forfeiture Section